IN THE UNITED STATES DISTRICT COURT
FOR THE <<DISTRICT>>

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNTS STERLINGROBERTS32@GMAIL.COM & TAWNNEYMICHELLE@GMAIL.COM | Case No. 3:18mj091<br><br>**Filed Under Seal** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 FEB -5 AM 9: 24
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of a minor child. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google Inc. shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that Google Inc. may disclose the attached search warrant to an attorney for Google Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____2/5/18_____
Date

_____
Michael J. Newman
United States Magistrate ~~Court~~ Judge

2